# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

DEBORAH WARDLY,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; DOES I through V; ROE CORPORATIONS I through V, inclusive,

    Defendants.

Case No. 2:11-CV-00037-RLH-RJJ

**ORDER**

Defendant's Motion to Strike Demand for Jury Trial. (#16)

    This matter comes before the Court on Defendant's Motion to Strike Plaintiff's Demand for Jury Trial (#16).

### BACKGROUND

    Plaintiff, Deborah Wardly, filed the Complaint (#1) against Defendant, Hartford Life and Accident Insurance Company (Hartford), on January 7, 2011. Wardly later filed an Amended Complaint (#8) on March 25, 2011. Hartford then filed an Answer to the Amended Complaint (#10) on April 22, 2011. Finally on May 20, 2011, Wardly demanded Trial by Jury (#13).

### ANALYSIS

    The Seventh Amendment of the Constitution preserves the right of trial by jury. However, to demand a trial by jury the party must serve the other party with a written demand no later than 14 days after the last pleading directed to the issue is served. FED. R. CIV. P. 38(b)(1). Additionally, FED. R. CIV. P. 38(d) states: "A party waives a jury trial unless its demand is properly served and filed."

    Here, Wardly demanded a trial twenty-eight days after the last pleading directed to the issue was served (the answer to the amended complaint). Thus, it is clear that Plaintiff has not

complied with Rule 38(b)(1).

The Ninth Circuit has held that district courts, at their discretion, may order jury trials on untimely motions. "That discretion is narrow, however, and does not permit a court to grant relief when the failure to make a timely demand results from an oversight or inadvertence." *Pacific Fisheries Corp. V. H.I.H. Cas. & Gen. Ins., Ltd.,* 239 F.3d 1000, 1002 (9th Cir. 2001) (*citing Lewis v. Time Inc.,* 710 F.2d 549, 556-57 (9th Cir. 1983)).  Plaintiff did not file a response. Because Wardly failed to file a timely response indicating any justification for the delay, Plaintiff has waived her right to a Jury Trial pursuant to FED. R. CIV. P. 38(d).

## **CONCLUSION**

Based on the foregoing, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant's Motion to Strike Demand for Jury Trial (#16) is **GRANTED**.

DATED this  12th  day of July, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge